NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER.

Nicholas J. Drakulich, Esq. (CA State Bar #98135)
The Drakulich Firm, APLC
2727 Camino Del Rio South, Suite 322
San Diego, CA 92108
Tel: (858)755-5887

ATTORNEYS FOR: Plaintiff

FILED
2012 FEB 17 PM 2:46
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MICHAEL SWIENCKI, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

JAMES HARDIE BUILDING PRODUCTS, INC.

Defendant(s).

CASE NUMBER: SACV12-00267 CJC (MLGx)

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Plaintiff Michael Swiencki
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Michael Swiencki | Plaintiff |
| James Hardie Building Products, Inc. | Defendant |

February 17, 2012
Date

Sign

Nicholas J. Drakulich, Esq.
Attorney of record for or party appearing in pro per